UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

In re:                                                                       Case No. 8:18-bk-00408-RCT
                                                                             Chapter 7
David Mark Silbert
Susan Lee Silbert

       Debtors.
_____/

## CHAPTER 7 TRUSTEE'S NOTICE OF ABANDONMENT

**TO:  Creditors, Debtor(s) and Parties In Interest**

### NOTICE OF OPPORTUNITY TO OBJECT AND REQUEST FOR HEARING

Pursuant to Local Rule 2002-4, the Court will consider the relief requested in this paper without further notice or hearing unless a party in interest files a response within 14 days from the date set forth on the attached proof of service, plus an additional three days for service if any party was served by U.S. Mail.

If you object to the relief requested in this paper, you must file a response with the Clerk of the Court at 801 N. Florida Avenue, Suite 555, Tampa, Florida 33602-3899 and serve a copy on Carolyn R. Chaney, Chapter 7 Trustee, Post Office Box 530248, St. Petersburg, FL 33747, and any other appropriate persons within the time allowed. If you file and serve a response within the time permitted, the Court will either schedule and notify you of a hearing or consider the response and grant or deny the relief requested without a hearing.

If you do not file a response within the time permitted, the Court will consider that you do not oppose the relief requested in the paper, will proceed to consider the paper without further notice or hearing, and may grant the relief requested.

Pursuant to Section 554(a) and F.R.B.P. 6007, Notice is hereby given of the abandonment of the following property of the estate that is burdensome to the estate or that is of inconsequential value and benefit to the estate:

1) 2006 Toyota Sienna, VIN: #5TDZA23C36S514565
2) 1994 Volvo 850, VIN: #YV1LS5511R2130886
3) housedog

DATED:  December 19, 2018.                    /s/Carolyn R. Chaney, Trustee
                                              Post Office Box 530248
                                              St. Petersburg, FL  33747-0248
                                              Telephone: (727) 864-9851
                                              Email: carolyn.chaney@earthlink.net

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the Trustee's Notice of Abandonment has been provided by electronic or U.S. Mail delivery on December 19, 2018, to:

Office of U.S. Trustee, USTPRegion21.TP.ECF@USDOJ.GOV

Debtors: David Mark and Susan Lee Silbert, 8609 Buttonwood Lane, Pinellas Park, FL 33782

Attorney for Debtors: Melissa Gilkey Mince, 13577 Feather Sound Drive Suite 500, Clearwater, FL 33762; Email: mmince@floridalawpartners.com.

Attached Creditor Matrix.

/s/Carolyn R. Chaney, Trustee

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113A-8<br>Case 8:18-bk-00408-RCT<br>Middle District of Florida<br>Tampa<br>Wed Dec 19 11:48:44 EST 2018 | BK Global Real Estate Services<br>1095 Broken Sound Parkway<br>Suite 200<br>Boca Raton, FL 33487-3503 | Pinellas County Tax Collector (AB)<br>Post Office Box 6340<br>Clearwater, FL 33758-6340 |
| ADT Security<br>3190 S Vaughn Way<br>Ste 150<br>Aurora, CO 80014-3537 | Alberto Lastra RA<br>200 E Las Olas Blvd<br>Fort Lauderdale, FL 33301-2299 | AlliedInterstate<br>7525 W Campus Road<br>New Albany, OH 43054-1121 |
| BayCare Outpatient Imaging<br>PO Box 20568<br>Tampa, FL 33622-0568 | Clarfield Okon Salomone<br>500 South Austrialian Ave<br>Ste 825<br>West Palm Beach, FL 33401-6215 | Deutsche Bank National Trust<br>6409 Congress Ave<br>Ste 100<br>Boca Raton, FL 33487-2853 |
| Discover Financial<br>PO Box 3025<br>New Albany, OH 43054-3025 | FMS Inc<br>PO Box 707600<br>Tulsa, OK 74170-7600 | Frontline Asset Strategies<br>2700 Snelling Avenue North<br>Ste 250<br>Saint Paul, MN 55113-1783 |
| HOA Bayou Club<br>7979 Bayou Club Blvd<br>Seminole, FL 33777-3040 | (p)HORIZON FINANCIAL MANAGEMENT LLC<br>9980 GEORGIA ST<br>CROWN POINT IN 46307-6520 | Household Bank<br>PO Box 81622<br>Salinas, CA 93912-1622 |
| Johnathan Jacobson, Esq<br>McCabe Weisberg Conway<br>5100 W Kennedy Blvd<br>West Palm Beach, FL 33401 | LVNV Funding, LLC its successors and assigns<br>assignee of Arrow Financial Services,<br>LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Levi Wilkes<br>Robertson Anschutz Schneid P<br>1406 NE 15th Street<br>Fort Lauderdale, FL 33304-4814 |
| (p)TD BANKNORTH NA<br>70 GRAY ROAD<br>FALMOUTH ME 04105-2299 | Nicholas Lang, Esq<br>Lang & Brown<br>PO Box 7990<br>Saint Petersburg, FL 33734-7990 | Northland<br>PO Box 390846<br>Minneapolis, MN 55439-0846 |
| Ocwen Loan Servicing<br>PO Box 24738<br>West Palm Beach, FL 33416-4738 | Pinellas Co Tax Col<br>PO Box 6340<br>Clearwater, FL 33758-6340 | Pinellas County Tax Col.<br>PO Box 6340<br>Clearwater, FL 33758-6340 |
| Pinellas County Tax Collector<br>Post Office Box 6340<br>Clearwater, FL 33758-6340 | TD Bank, N.A.<br>c/o Bert Echols<br>1715 Aaron Brenner Drive, Suite 800<br>Memphis, TN 38120-1445 | United States Trustee - TPA7/13<br>Timberlake Annex, Suite 1200<br>501 E Polk Street<br>Tampa, FL 33602-3949 |
| Walter L Sanders, Esq<br>3449 Technology Drive<br>Unit 109<br>Nokomis, FL 34275-3446 | Carolyn R. Chaney<br>PO Box 530248<br>St. Petersburg, FL 33747-0248 | David Mark Silbert<br>8609 Buttonwood Lane<br>Pinellas Park, FL 33782-4319 |

Melissa Gilkey Mince  
Anderson Law Group  
13577 Feather Sound Drive  
Suite 500  
Clearwater, FL 33762-5550

Susan Lee Silbert  
8609 Buttonwood Lane  
Pinellas Park, FL 33782-4319

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Horizon Financial Management  
8585 S Broadway  
Ste 880  
Merrillville, IN 46410-5661

Mercantile Bank  
c/o Caroline First Bank  
PO Box 1029  
Greenville, SC 29602-9947

(d)TD Bank  
70 Gray Road  
Falmouth, ME 04105-5229

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)TD Bank, N.A.

End of Label Matrix  
Mailable recipients    31  
Bypassed recipients     1  
Total                  32